An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STAMPCO CONCRETE, INC., A
NEVADA CORPORATION,

Appellant,

vs.

PAUL HAZELL AND VERONICA
CHEW, HUSBAND AND WIFE,

Respondents.

No. 66512

**FILED**

DEC 0 2 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Stephen Haberfeld, Settlement Judge
Harris Law Office
Barney C. Ales, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O1-1947

15-36774